IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JOSE CESAR ALMEDIA,

          Defendant.

CRIMINAL CASE NO.

1:09-CR-184-JEC-JFK-14

## O R D E R

Counsel for Defendant Jose Cesar Almedia having reported to the Magistrate Judge that there is no need for a pretrial conference; that no pretrial motions were filed; and that there are no problems relating to the scheduling of the trial;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be, and the same is hereby, declared Ready For Trial as to Defendant Almedia.[1]

**IT IS SO ORDERED**, this 22nd day of November, 2010.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

---

[1] The report and recommendation as to those Defendants not yet certified ready for trial is pending before the magistrate judge.

AO 72A
(Rev.8/82)